# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Wade Clark, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 13-3281-CV-S-JTM |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

On July 23, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed November 7, 2013, [Doc.8] and the *Brief For Defendant*, filed January 21, 2014, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                     */s/ John T. Maughmer*
                                               **JOHN T. MAUGHMER**
                                              **U. S. MAGISTRATE JUDGE**